# United States Court of Appeals

**For the Seventh Circuit
Chicago, Illinois  60604**

December 18, 2006

**Before**

Hon. William J. Bauer, *Circuit Judge*

Hon. Michael S. Kanne, *Circuit Judge*

Hon. Diane P. Wood, *Circuit Judge*

No. 06-1924

UNITED STATES OF AMERICA,
　　　　　　*Plaintiff-Appellee,*

　　*v.*

STEVEN E. WHITING,
　　　　　　*Defendant-Appellant.*

Appeal from the United States
District Court for the Eastern
District of Wisconsin.

No.  04 CR 21

Rudolph T. Randa,
*Chief Judge.*

**O R D E R**

The slip opinion issued in the above-entitled case on December 15, 2006 is hereby AMENDED as follows:

On page 8, second line from the top, § 644 should read § 664.

On page 15, fifteenth line in the second paragraph under heading B., § 644 should read § 664; and

On page 16, nineteenth line in the first paragraph, § 644 should read § 664.